# United States Court of Appeals
## For the First Circuit

Nos. 08-1065, 08-1393

COLONIAL SURETY COMPANY,

Plaintiff, Appellee,

v.

AVI WEIZMAN,

Defendant, Appellant.

_____

UNI-CON FLOORS, INC., KATHERINE L. HEBERT, SCOTT HEBERT, JOHN A. PACHECO, JAMIE K. PACHECO, KRISTINE WEIZMAN,

Defendants.

**ERRATA SHEET**

The opinion of this Court, issued on May 6, 2009, should be amended as follows.

On page 4, line 23, replace "$813,179.61" with "$813,129.61".